**NUNC PRO TUNC**

FEB 14 2011

FILED

11 FEB 17  AM 10: 38

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

TED EUGENE LAYTON,

　　　　　　　Plaintiff,

v.

PFIZER, INC.,

　　　　　　　Defendants.

Civil No.10cv2380 JAH (WMc)

**ORDER VACATING HEARING**

After a careful review of the motion papers and pleadings, the Court deems Defendant's unopposed motion to dismiss (Doc. No. 5) suitable for adjudication without oral argument. See CivLR 7.1 (d.1). Accordingly, IT IS HEREBY ORDERED the motion is taken under submission without oral argument and the hearing set for February 14, 2011 is **VACATED**. The Court will issue an order in due course.

DATED:  February 8, 2011

_____
JOHN A. HOUSTON
United States District Judge

2/13/11

Motion is opposed
I was to present oral testimony to and
written testimony in Court. I was not
advised I had to submit a written argument
Please review written evidence attached.
If dismissed please do so WITHOUT
PREJUDICE so I may filed an
amended complaint in Small Claims or
Limited Liability in CA Superior Court
Thank you for reconsideration.      Ted Layton

10cv2380

1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                         SOUTHERN DISTRICT OF CALIFORNIA
10   TED EUGENE LAYTON,                    )   Civil No.10cv2380 JAH (WMc)
11                        Plaintiff,        )   **ORDER VACATING HEARING**
12   v.                                     )
     PFIZER, INC.,                          )
13                        Defendants.       )
14   _____        )
15          After a careful review of the motion papers and pleadings, the Court deems
16   Defendant's unopposed motion to dismiss (Doc. No. 5) suitable for adjudication without
17   oral argument.  See CivLR 7.1 (d.1).  Accordingly, IT IS HEREBY ORDERED the motion
18   is taken under submission without oral argument and the hearing set for February 14,
19   2011 is **VACATED**.  The Court will issue an order in due course.
20   DATED:  February 8, 2011
21
22                                          JOHN A. HOUSTON
                                            United States District Judge
23
24   I request the case be remanded to
25   CA Superior Court amonded to
26   limited liability of $25,000.
27
28
                                            Ted Layton

                                                                      10cv2380

Itemized Statement
Tax Id: 951915820

Page 6
01/18/2011

El Centro Regional Medical Center
1415 Ross Avenue
El Centro, Ca.  92243
(760) 339-7100

Pt. Serv: ICU

MRUN #: 17-80-13

Guarantor:
LAYTON,TED
616 MAPLE AVE
HOLTVILLE, CA 92250

Patient:
LAYTON,WENDY A
Admit Date: 06/19/09
Attending Physician:

ACCT #: 11085444
PLAN CODE: CBB
Discharge Date: 06/20/09
STRONG,JOHN

--------------------------------------------------------------------------

Payment and Adjustment Activity

| Posting Date | Transaction Description | Amount |
|---|---|---|
| | TOTAL PAYMENTS AND ADJUSTMENTS: | -28871.67 |
| | TOTAL AMOUNT DUE: | 0.00 |

Current Collector Name: GABRIEL JIMENEZ

Current Ins.: CBB-CALIF BUSINESS BUREAU

Account was settled for        $ 10,200

Pfizer should reimburse that amount
since they are at least
partially liabable for Wendy's death.



Case No. 10-cv-02380-JAH=WMC

Ted Eugene Layton

Vs

Pfizer, Inc.

Motion for a Fair Hearing

Honorable John A Houston:

The Constitution of the United States guarantees me a right of free speech and the right to address any grievance I had against another citizen in a court of law. If the Defendant's motion to dismiss my case is granted without allowing me to present written and oral evidence it is a violation of my constitutional rights. I therefore request to testify before you rule on the Defendant's Motion to dismiss.

The amount of $100,000 damages will not replace my wife. The amount of monetary compensation is not important. I am willing to amend the amount of damages to $10,200 limited liability which was the amount I settled with El Centro Regional Medical Center. This offer is contingent upon the Defendant accepting the offer and also agreeing to amend the written warning on Geodon that their product can cause hyperglycemia, diabetes, diabetic coma, and death.

I have received information from the Food and Drug Administration that approximately 1% of patients that have taken Geodon have acquired diabetes. When my wife tested negative for diabetes in 2004 I assumed Geodon was safe. My assumption proved fatal. Geodon is not a safe drug and can cause death in certain patients. It is my goal that if Geodon can be made safe that all patients be required to get diabetic testing every 3 months. Such a requirement could have save my wife if she had been diagnosed with diabetes in time for treatment.

I am willing to drop my lawsuit if the Defendant is willing to make a voluntary contribution to the American Diabetes Association for $10,200 and admit there is a possibility that Geodon may have contributed to my wife's death.

If the Federal Court system cannot order Pfizer to include adequate warnings on their products I will ask my Congressman to request the FDA to review the risks of Geodon.

The facts are that my wife Wendy Ann Layton took Geodon for 8 years. She died from extreme hyperglycemia and diabetes. Written material on Geodon labels indicate under precautions that Geodon can rarely cause diabetes or worsen diabetes and diabetic coma or death. With such written information it is implied that my wife probably acquired diabetes as a result of using Geodon.

In the case of Plaintiffs vs. Astra Zeneca the over 200 Plaintiffs were awarded a joint settlement of $2,000,000 since the drug Seroquel had caused them to acquire diabetes.

My inability to obtain legal counsel and limited knowledge of the law should not be sufficient cause to dismiss my lawsuit. Pfizer is afraid to admit their products can be fatal. Such an admission could decrease their sales and lower their profit.

I request the Court accept my written and oral testimony so the public may be aware of the potential dangers of Geodon.

Sincerely,

Ted Layton
Plaintiff

1  DARREL J. HIEBER (Bar No. 100857)
   DANIEL M. RYGORSKY (Bar No. 229988)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
3  Los Angeles, California 90071
   Telephone:  (213) 687-5000
4  Facsimile:  (213) 687-5600
   darrel.hieber@skadden.com
5  daniel.rygorsky@skadden.com

6  Attorneys for Defendant
   Pfizer Inc

7

8            SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                  FOR THE COUNTY OF IMPERIAL

10

11  TED EUGENE LAYTON,                 )  Case No. ECU06056
                                       )
12        Plaintiff,                   )  **NOTICE TO ADVERSE PARTY OF**
                                       )  **REMOVAL TO FEDERAL COURT**
13  vs.                                )
                                       )  Dept.: 7
14  PFIZER, INC.,                      )  Judge: Hon. Jeffrey Jones
                                       )
15        Defendant.                   )  Date Action Filed:  10/07/2010
                                       )  Trial Date:         None
16  _____  )  Discovery Cut Off:  None
                                       )
17

18

19

20

21

22

23

24

25

26

27

28

NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT                    Case No. ECU06056

ENDORSED
NOV 18 2010
SUPERIOR COURT
COUNTY OF IMPERIAL
KRISTINE S. KUSSMAN, CLERK
BY DORA HERNANDEZ
DEPUTY

1  **TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO PLAINTIFF:**

2     **PLEASE TAKE NOTICE** that on the 18th day of November, 2010, the undersigned

3  attorneys for Defendant Pfizer Inc filed a Notice of Removal, a true and correct copy of which is

4  attached hereto as Exhibit A, in the United States District Court for the Southern District of

5  California.

6     **PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. § 1446, the filing of

7  such Notice of Removal in the United States District Court together with the filing of this Notice

8  effects removal of this action and this Court may proceed no further unless and until this case is

9  remanded.

10

11  DATED: November 18, 2010          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

12

13                                 By: _____
                                        DARREL J. HIEBER
14                                      Attorneys for Defendant Pfizer Inc

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

# EXHIBIT A

1  DARREL J. HIEBER (Bar No. 100857)
   DANIEL M. RYGORSKY (Bar No. 229988)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
3  Los Angeles, California 90071
   Telephone:  (213) 687-5000
4  Facsimile:  (213) 687-5600
   darrel.hieber@skadden.com
5  daniel.rygorsky@skadden.com

6  Attorneys for Defendant
   Pfizer Inc

7

8              UNITED STATES DISTRICT COURT

9         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 TED EUGENE LAYTON,                    )  Case No. 10-CV-2380 JAH (Wc)
                                         )
12              Plaintiff,               )  (State Court Docket No. ECU06056)
                                         )
13 vs.                                   )  NOTICE OF REMOVAL OF ACTION
                                         )  FROM STATE COURT
14 PFIZER, INC.,                         )
                                         )  [28 U.S.C. §§ 1332, 1441, 1446]
15              Defendant.               )
                                         )
16                                       )  [Jury Trial Demanded]
                                         )
17                                       )
                                         )
18 _____ )

19

20

21

22

23

24

25

26

27

28

─────────────────────────────────────
              NOTICE OF REMOVAL

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO PLAINTIFF:**

    **PLEASE TAKE NOTICE** that Defendant Pfizer Inc ("Pfizer"), with its principal place of business at 235 East 42nd Street, New York, New York 10017, through undersigned counsel, hereby removes the above-captioned action from the Superior Court of the State of California for the County of Imperial to the United States District Court for the Southern District of California, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

    In support of the Notice of Removal, Pfizer states as follows:

## I.    JURISDICTION

    1.    This action is removable under 28 U.S.C. §§ 1332, 1441(b) and 1446 because (a) complete diversity of citizenship exists between plaintiff Ted Eugene Layton and defendant Pfizer, and (b) the amount in controversy exceeds $75,000, exclusive of interest and costs.

    2.    Upon information and belief, at the time this action was filed, Plaintiff was, and still is, a citizen of the State of California. (See Compl., attached hereto as Exhibit A)

    3.    At the time this action was filed, Pfizer was, and still is, a corporation incorporated in the State of Delaware with its principal place of business in the State of New York.  A corporation is deemed to be a citizen of the state of its incorporation and of the state where it has its principal place of business.  28 U.S.C. § 1332(c)(1).  Pfizer is, therefore, a citizen of the State of New York and of the State of Delaware.

    4.    The amount in controversy in this action exceeds $75,000, exclusive of interest and costs.  Plaintiff seeks $100,000 in damages "for reimbursement of medical costs, burial costs, refund of Geodon purchased and early termination of marriage due to premature death." (Compl. ¶ 10; 11(9).)

## II.    NATURE OF THE ACTION

    5.    On October 7, 2010, Plaintiff filed a Complaint in the Superior Court of the State of California for the County of Imperial.  True and correct copies of the Complaint and Summons with Notice of Case Management Conference are attached hereto as Exhibit A.

    6.    The Complaint and Summons were served via process server on October 19, 2010. (See Exhibit A.)

1

7.     This action involves allegations regarding the prescription drug Geodon.  Plaintiff alleges that neither he nor his wife, Wendy Ann Layton, were aware "that Geodon could cause diabetes and hyperglycemia" and, that as a result of Plaintiff's wife's "[p]rolonged use of Geodon," she "acquire[d] diabetes which subsequently triggered extreme hyperglycemia, diabetic coma, and death." (Comp. ¶ 11(4), (7).)  Plaintiff seeks $100,000 in damages "for reimbursement of medical costs, burial costs, refund of Geodon purchased and early termination of marriage due to premature death." (Compl. ¶ 10; 11(9).)  Defendant Pfizer denies that Plaintiff is entitled to the relief sought in the Complaint.

## III.    THE REMOVAL PREREQUISITES HAVE BEEN SATISFIED

8.     Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed within 30 days of October 19, 2010, when Pfizer received service of the Complaint and Summons, and is, therefore, timely.

9.     True and correct copies of all process, pleadings, and orders served upon Pfizer in this action are attached hereto as Exhibit A.

10.    Removal to the District Court for the Southern District of California is proper under 28 U.S.C. § 1441(a) because this is the district embracing the court where the action is currently pending.  This action was commenced in the Superior Court of the State of California for the County of Imperial, and is presently pending there as Case No. ECU06056.

11.    In accordance with 28 U.S.C. § 1446(d), Pfizer will promptly give written notice to Plaintiff that it is filing this Notice of Removal, and will file a copy of this Notice of Removal with the Superior Court of the State of California for the County of Imperial.

12.    No previous application has been made by Pfizer for this or any similar relief.

13.    WHEREFORE, Pfizer respectfully removes this action from the Superior Court of the State of California for the County of Imperial to the United States District Court for the Southern District of California, and the action is now properly before this District Court and all further proceedings shall take place before this Court.

1     DATED: November 18, 2010        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

2

3                         By: _____
                                  DARREL J. HIEBER

4                                Attorneys for Defendant Pfizer Inc

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF REMOVAL

# EXHIBIT A

10-19-10
11:52A

SUM-100

## SUMMONS
### (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

PFIZER INC

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

TED EUGENE LAYTON

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

# FILED

OCT 07 2010

SUPERIOR COURT
COUNTY OF IMPERIAL
KRISTINE KUSSMAN, CLERK
BY_____ DEPUTY

JESSICA D. GIPSON

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| The name and address of the court is:<br>(El nombre y dirección de la corte es):<br><br>CALIFORNIA SUPERIOR COURT<br>939 W MAIN STREET<br>EL CENTRO CA 92243 | CASE NUMBER:<br>(Número del Caso):<br><br>ECU06056 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):

TED LAYTON 616 MAPLE AVE HOLTVILLE CA 92250
(760) 356-2725 (760) 425-0755 Fax or 618

| DATE: 10/7/2010 | Kristine Kussman | Clerk, by | | , Deputy |
|---|---|---|---|---|
| (Fecha) | | (Secretario) | JESSICA D. GIPSON | (Adjunto) |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):* PFIZER INC

   under: ☑ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 (Rev. July 1, 2009) | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |
|---|---|---|

Exh. A, p. 4

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Ted Eugene Layton<br>616 Maple Avenue<br>Holtville, CA. 92250<br><br>TELEPHONE NO: 760-356-2725   FAX NO. *(Optional):* 760-353-6956<br>E-MAIL ADDRESS *(Optional):* laytonted@yahoo.com<br>ATTORNEY FOR *(Name):* self represented | FOR COURT USE ONLY<br><br>Assigned for all purpose to Judge<br>including trial<br><br>JEFFREY B. JONES<br><br>ENDORSED<br>OCT 07 2010<br>SUPERIOR COURT<br>COUNTY OF IMPERIAL<br>KRISTINE B. KUSSMAN, CLERK<br>BY JESSICA GIPSON<br>DEPUTY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Imperial
STREET ADDRESS:  939 W Main Street
MAILING ADDRESS:
CITY AND ZIP CODE:  El Centro, CA. 92243
BRANCH NAME:  El Centro

PLAINTIFF:  Ted Eugene Layton

DEFENDANT: Pfizer, Inc.

☐ DOES 1 TO _____

CONTRACT
☑ COMPLAINT          ☐ AMENDED COMPLAINT *(Number):*
☐ CROSS-COMPLAINT    ☐ AMENDED CROSS-COMPLAINT *(Number):*

**Jurisdiction (check all that apply):**
☐ ACTION IS A LIMITED CIVIL CASE
   Amount demanded   ☐ does not exceed $10,000
                     ☐ exceeds $10,000 but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
   ☐ from limited to unlimited
   ☐ from unlimited to limited

CASE NUMBER:  ECU06056

1. **Plaintiff\*** *(name or names):*
   Ted Eugene Layton

   alleges causes of action against defendant\* *(name or names):*
   ~~Geodon manufactured by~~ Pfizer, Inc. ~~caused diabetes, hyperglycemia, diabetic coma and death of wife~~

2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. a. Each plaintiff named above is a competent adult
      ☑ except plaintiff *(name):*
         (1) ☐ a corporation qualified to do business in California
         (2) ☐ an unincorporated entity *(describe):*
         (3) ☐ other *(specify):*

   b. ☑ Plaintiff *(name):*  Ted Eugene Layton
      a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

      b. ☐ has complied with all licensing requirements as a licensed *(specify):*
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
      ☑ except defendant *(name):* Pfizer, Inc.          ☐ except defendant *(name):*
         (1) ☐ a business organization, form unknown      (1) ☐ a business organization, form unknown
         (2) ☑ a corporation                              (2) ☐ a corporation
         (3) ☐ an unincorporated entity *(describe):*     (3) ☐ an unincorporated entity *(describe):*
         (4) ☐ a public entity *(describe):*              (4) ☐ a public entity *(describe):*
         (5) ☐ other *(specify):*                         (5) ☐ other *(specify):*

\* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Page 1 of 2

Code of Civil Procedure, § 425.12

**PLD-C-001**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Wrongful death from drugs manufactured by the defendant | |

4. *(Continued)*

    b. The true names of defendants sued as Does are unknown to plaintiff.

        (1) ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named
             defendants and acted within the scope of that agency or employment.

        (2) ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to
             plaintiff.

    c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.

    d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☑ Plaintiff is required to comply with a claims statute, and

    a. ☑ has complied with applicable claims statutes, *or*

    b. ☐ is excused from complying because *(specify):*

6. ☑ This action is subject to     ☐ Civil Code section 1812.10    ☐ Civil Code section 2984.4.

7. This court is the proper court because

    a. ☐ a defendant entered into the contract here.

    b. ☐ a defendant lived here when the contract was entered into.

    c. ☐ a defendant lives here now.

    d. ☐ the contract was to be performed here.

    e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.

    f. ☐ real property that is the subject of this action is located here.

    g. ☑ other *(specify):*

        product manufactured by defendant was sold in El Centro CA and wife died in El Centro CA

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

    ☐ Breach of Contract

    ☐ Common Counts

    ☑ Other *(specify):*

9. ☐ Other allegations:

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

    a. ☑ damages of: $ 100,000

    b. ☐ interest on the damages

        (1) ☐ according to proof

        (2) ☐ at the rate of *(specify):* _____ percent per year from *(date):*

    c. ☑ attorney's fees

        (1) ☐ of; $

        (2) ☑ according to proof.

    d. ☐ other *(specify):*

11. ☑ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: October 7, 2010

Ted Eugene Layton
_____
      (TYPE OR PRINT NAME)

▶ *Ted Eugene Layton*
      (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

| PLD-C-001 [Rev. January 1, 2007] | COMPLAINT—Contract | Page 2 of 2 |
|---|---|---|

Exh. A, p. 6

October 7, 2010

Ted Eugene Layton vs

Pfizer, Inc.

Subject:  Wrongful Death Civil Suit

1) Wife, Wendy Ann Layton died at El Centro Regional Medical Center on June 20, 2009.
2) Death certificate:  caused of death:  copy attached.
   a. toxic shock: 4 hours
   b. extreme hyperglycemia: 24 hours
   c. diabetes: 1 year
   d. morbid obesity: 20 years
3) Wendy Ann Layton was prescribed 80 mg Geodon in 2001 by Edward Cherlin MD.  Geodon was also prescribed by Jose Rocamora MD from 2001-2002 and John Strong MD. 2002-2009.
4) Wendy and I were unaware that Geodon could cause diabetes and hyperglycemia.
5) Wendy was tested for diabetes in 2004 and was negative at that time.
6) I have researched information on the internet and found that drugs similar to Geodon (Seroquel) have been known to cause diabetes and that some patients that were prescribed Geodon subsequently acquired diabetes.
7) Prolonged use of Geodon for 8 years 2001-2009 apparently caused Wendy Ann Layton to acquire diabetes which subsequently triggered extreme hyperglycemia, diabetic coma, and death.
8) Pfizer has or will be provided medical release forms so they can conduct an investigation.
9) I am seeking $100,000 or any amount the Court awards for reimbursement of medical costs, burial costs, refund of Geodon purchased and early termination of marriage due to premature death.
10) I will provide a death certificate, hospital medical record and information that Geodon may cause diabetes in some patients.

11) Other statements or evidence may be presented at a future date during trial.

Sincerely,

Ted Eugene Layton
Plaintiff

**STATE OF CALIFORNIA**
**CERTIFICATION OF VITAL RECORD**

DEPARTMENT OF PUBLIC HEALTH

# COUNTY OF IMPERIAL

EL CENTRO, CALIFORNIA

CERTIFICATE OF DEATH

STATE FILE NUMBER                           3200913000327

LOCAL REGISTRATION NUMBER

| 1. NAME OF DECEDENT – FIRST (Given) | 2. MIDDLE | 3. LAST (Family) |
|---|---|---|
| WENDY | ANN | LAYTON |

AKA, ALSO KNOWN AS – (include FULL AKA (FIRST, MIDDLE, LAST)

| 4. DATE OF DEATH mm/dd/ccyy | 5. AGE Yrs. | IF UNDER ONE YEAR Months Days | IF UNDER 24 HOURS Hours Minutes | 6. SEX |
|---|---|---|---|---|
| 02/16/1983 | 48 | | | F |

| 7. STATE OF BIRTH | 8. SOCIAL SECURITY NUMBER | 11. EVER IN U.S. ARMED FORCES? | 9. MARITAL STATUS (at Time of Death) | 7. DATE OF DEATH mm/dd/ccyy | 8. HOUR (24 Hours) |
|---|---|---|---|---|---|
| CA | 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 | YES [X] NO | MARRIED | 06/20/2009 | 0510 |

| 12. EDUCATION – Highest Level/Degree | WAS DECEDENT HISPANIC/LATINO/SPANISH? If yes, see worksheet on back | | RACE | | | 16. YEARS IN OCCUPATION |
|---|---|---|---|---|---|---|
| 11 | [X] NO | [X] WHITE | | | | |

| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED | 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) | |
|---|---|---|
| HOMEMAKER | OWN HOME | 25 |

**USUAL RESIDENCE**

| 19. DECEDENT'S RESIDENCE (Street and number or location) | | | | |
|---|---|---|---|---|
| 616 MAPLE AVE. | | | | |

| 21. CITY | 22. COUNTY/PROVINCE | 23. ZIP CODE | 24. YEARS IN COUNTY | 25. STATE/FOREIGN COUNTRY |
|---|---|---|---|---|
| HOLTVILLE | IMPERIAL | 92250 | 15 | CA |

| 26. INFORMANT'S NAME, RELATIONSHIP | 27. INFORMANT'S MAILING ADDRESS (Street and number or rural route number, city or town, state, ZIP) |
|---|---|
| TED EUGENE LAYTON, HUSBAND | 616 MAPLE AVE, HOLTVILLE, CA 92250 |

**SPOUSE AND PARENT INFORMATION**

| 28. NAME OF SURVIVING SPOUSE – FIRST | 29. MIDDLE | 30. LAST (Maiden Name) |
|---|---|---|
| TED | EUGENE | LAYTON |

| 31. NAME OF FATHER – FIRST | 32. MIDDLE | 33. LAST | 34. BIRTH STATE |
|---|---|---|---|
| JAMES | LAWRENCE | BRUNTON | CA |

| 35. NAME OF MOTHER – FIRST | 36. MIDDLE | 37. LAST (Maiden) | 38. BIRTH STATE |
|---|---|---|---|
| NANCY | ANN | BYERLEY | CA |

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

| 39. DISPOSITION DATE mm/dd/ccyy | 40. PLACE OF FINAL DISPOSITION   TERRACE PARK CEMETERY | |
|---|---|---|
| 06/26/2009 | 1550 ZENOS ROAD, HOLTVILLE, CA 92250 | |

| 41. TYPE OF DISPOSITION(S) | 42. SIGNATURE OF EMBALMER | 43. LICENSE NUMBER |
|---|---|---|
| BU | ▶ KIRK HEMS | EMB7715 |

| 44. NAME OF FUNERAL ESTABLISHMENT | 45. LICENSE NUMBER | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE mm/dd/ccyy |
|---|---|---|---|
| HEMS BROTHERS MORTUARY | FD1025 | ▶ STEPHEN W MUNDAY, MPH, MS | 06/25/2009 |

**PLACE OF DEATH**

| 101. PLACE OF DEATH | | 102. IF HOSPITAL, SPECIFY ONE | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE |
|---|---|---|---|
| EL CENTRO REGIONAL MEDICAL CENTER | [X] IP | | |

| 105. COUNTY | 104. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number or location) | 106. CITY |
|---|---|---|
| IMPERIAL | 1415 ROSS AVENUE | EL CENTRO |

**CAUSE OF DEATH**

| 107. CAUSE OF DEATH | | | |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | A. SEPTIC SHOCK | | 4 HRS |
| | B. EXTREME HYPERGLYCEMIA | | 1 DAY |
| Sequentially list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | C. TYPE 2 DIABETES MELLITUS | | 1 YR |
| | D. MORBID OBESITY | | 20 YRS |

| 108. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 |
|---|
| NONE |

| 111. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 108? If yes, list type of operation and date |
|---|
| NO |

**PHYSICIAN'S CERTIFICATION**

| 115. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED | 112. SIGNATURE AND TITLE OF CERTIFIER | 116. DATE mm/dd/ccyy |
|---|---|---|
| | ▶ JOHN MARSHALL STRONG M.D. | 06/24/2009 |

| 114. | 113. | 112. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE |
|---|---|---|
| 11/24/2004 | 06/19/2009 | 1420 OCOTILLO DR., STE. B, EL CENTRO, CA 92243 |

JOHN MARSHALL STRONG M.D.

G85954

**CORONER'S USE ONLY**

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED | 120. INJURED AT WORK | 121. INJURY DATE mm/dd/ccyy | 122. HOUR (24 Hours) |
|---|---|---|---|
| MANNER OF DEATH: | | | |

| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) |
|---|

| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) |
|---|

| 125. LOCATION OF INJURY (Street and number or location, and city, and ZIP) |
|---|

| 126. SIGNATURE OF CORONER / DEPUTY CORONER | 127. DATE mm/dd/ccyy | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER |
|---|---|---|

**STATE REGISTRAR**

| A | B | C | D | E | | FAX AUTH. # | CENSUS TRACT |
|---|---|---|---|---|---|---|---|
| | | | | | | | *130074764* |

### CERTIFIED COPY OF VITAL RECORDS
### STATE OF CALIFORNIA, COUNTY OF IMPERIAL

I DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL RECORD AS FILED IN THIS OFFICE.

DATE ISSUED  JUN 2 5 2009

STEPHEN W. MUNDAY, M.D., M.P.H., M.S.
LOCAL REGISTRAR
IMPERIAL COUNTY, CALIFORNIA

This copy is not valid unless prepared on engraved border, displaying the date and signature of the Local Registrar.

| SUPERIOR COURT OF STATE OF CALIFORNIA<br>COUNTY OF IMPERIAL<br><br>TED EUGENE LAYTON,<br>　　　　　　　Plaintiff,<br><br>VS.<br><br>PFIZER, INC.,<br>　　　　　　　Defendant. | ENDORSED<br>OCT 07 2010<br>SUPERIOR COURT<br>COUNTY OF IMPERIAL<br>KRISTINE B. KUSSMAN, CLERK<br>BY JESSICA GIPSON<br>DEPUTY |
|---|---|
| **NOTICE OF CASE MANAGEMENT CONFERENCE** | CASE NO. ECU06056 |

1. NOTICE is given that a CASE MANAGEMENT CONFERENCE has been scheduled as follows:

| Date: April 5, 2011 | Time: 8:30 a.m. | Dept.: 7 |
|---|---|---|
| Address of court:  Imperial County Courthouse, 939 West Main Street, El Centro, CA 92243 | | |

2. You must file and serve a completed Case Management Conference Statement at least fifteen (15) days before the case management conference.

3. You must be familiar with the case and be fully prepared to participate effectively in the case management conference.

4. At the case management conference the court may make pretrial orders, including the following:

   a) An order establishing a discovery schedule.

   b) An order referring the case to arbitration.

   c) An order dismissing fictitious defendants.

   d) An order scheduling exchange of expert witness information.

   e) An order setting subsequent conferences and the trial date.

   f) Other orders to achieve the goals of the Trial Court Delay Reduction Act (Gov. Code § 68600 et seq.).

5. Parties wishing to appear by telephone must comply with CRC 3.670 and Local Rule 3.8.6.

6. DATED: Oct. 7, 2010                          Kristine Kussman, Clerk

　　　　　　　　　　　　　　　　　　　　　　by Jessica D. Gipson, Deputy

---

## -- SANCTIONS --

**If you do not file the Case Management Conference Statement required by CRC 3.725, or attend the case management conference or participate effectively in the conference, the Court may impose sanctions (including dismissal of the case, striking of the answer, and payment of money).**

---

NOTICE OF CASE MANAGEMENT CONFERENCE
CRC 3.725 and Imperial County Local Rule 3.1.2
Government Code §68600 et seq.

ICSC  C-114 01/09

ENDORSED

NOV 1 8 2010

SUPERIOR COURT
COUNTY OF IMPERIAL
KRISTINE S. KUSSMAN, CLERK
BY DORA HERNANDEZ

1  **PROOF OF SERVICE**

2  **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3  I am employed in the county of Los Angeles, State of California.  I am over the age of 18

4  On **November 18, 2010**, I served the foregoing documents described as:

5

6  **1) NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

7  **2) PROOF OF SERVICE**

   The above-mentioned documents were served on the interested parties in this action:

8

9  Ted Eugene Layton
   616 Maple Ave.
10 Holtville, CA 92250

11

12 ☒       **(BY U.S. MAIL)** I am readily familiar with the firm's practice for the collection and
   processing of correspondence for mailing with the United States Postal Service and the fact that the
13 correspondence would be deposited with the United States Postal Service that same day in the
   ordinary course of business; on this date, the above-referenced correspondence was placed for
14 deposit at Los Angeles, California and placed for collection and mailing following ordinary
   business practices.

15

   ☒       **(STATE)**      I declare under penalty of perjury under the laws of the State of California
16 that the above is true and correct.

17

   Executed on **November 18, 2010** at Los Angeles, California.
18

19

20    Al Chua
   _____          _____
   Type or Print Name                        Signature
21

22

23

24

25

26

27

28

PROOF OF SERVICE                                                      Case No. ECU06056

                                    1

# Adverse Event Reporting
# System (AERS)

## Freedom Of Information (FOI) Report

**Selections for:** *Geodon*

**From:** *1-Nov-1997* **To:** *25-Jan-2011*

Disclaimer: The information contained in these reports has not been scientifically or otherwise verified as to a cause and effect relationship and cannot be used to estimate the incidence of adverse drug reactions.

```
                    FDA - Adverse Event Reporting System (AERS)
                         Freedom Of Information (FOI) Report
                    Standard Report - All Preferred Terms in Cases

    MedDRA Preferred Term Reaction                    Count   %Rpts

        GAIT DISTURBANCE                               131    1.%
        PARANOIA                                       131    1.%
        DIARRHOEA                                      130    1.%
        PAIN                                           130    1.%
        PALPITATIONS                                   129    1.%
        ARRHYTHMIA                                     128    1.%
        TACHYCARDIA                                    128    1.%
        HYPERTENSION                                   126    1.%
        MUSCLE SPASMS                                  125    1.%
        HEART RATE INCREASED                           124    1.%
        PYREXIA                                        119    1.%
        SWOLLEN TONGUE                                 118    1.%
        DIABETES MELLITUS                              117    1.%
        VISION BLURRED                                 117    1.%
        DYSPHAGIA                                      115    1.%
        MUSCULOSKELETAL STIFFNESS                      112    1.%
        SPEECH DISORDER                                112    1.%
        DECREASED APPETITE                             111    1.%
        BLOOD PRESSURE INCREASED                       109    1.%
        INTENTIONAL OVERDOSE                           108    1.%
        NERVOUSNESS                                    107    1.%
        DELUSION                                       106    1.%
        HYPERSENSITIVITY                               106    1.%
        HYPOTENSION                                    106    1.%
        CARDIO-RESPIRATORY ARREST                      105    1.%
        PARAESTHESIA                                   104    1.%
        TREATMENT NONCOMPLIANCE                        103    1.%
        LETHARGY                                       101    1.%
        BLOOD CREATINE PHOSPHOKINASE INCREASED         100    1.%
        MEMORY IMPAIRMENT                               95    1.%
        BIPOLAR DISORDER                                93    1.%
        BLOOD GLUCOSE INCREASED                         93    1.%
        CARDIAC DISORDER                                93    1.%
        RESPIRATORY ARREST                              89    1.%
        VISUAL IMPAIRMENT                               89    1.%
        PANIC ATTACK                                    88    1.%
        TORSADE DE POINTES                              88    1.%
        MUSCLE TWITCHING                                87    1.%
        BRADYCARDIA                                     86    1.%
        HYPOAESTHESIA                                   86    1.%
        MUSCLE RIGIDITY                                 86    1.%
        RHABDOMYOLYSIS                                  84    0.%
        THINKING ABNORMAL                               84    0.%
        DISORIENTATION                                  82    0.%
        IRRITABILITY                                    79    0.%
        SCHIZOPHRENIA                                   79    0.%
        DRUG EFFECT DECREASED                           76    0.%
        SLEEP DISORDER                                  76    0.%
        UNEVALUABLE EVENT                               76    0.%
        DYSARTHRIA                                      75    0.%
        DELIRIUM                                        74    0.%
```

## Warning about Hyperglycemia and Atypical Antipsychotic Drugs

FDA has asked manufacturers of all atypical antipsychotic drugs to add a new warning to the drugs' labels about the increased risk of hyperglycemia and diabetes. Atypical antipsychotics include: Clozaril ® (clozapine), Risperdal ® (risperidone), Zyprexa ® (olanzepine), Seroquel ® (quetiapine), Geodon ® (ziprasidone), and Abilify ® (aripiprazole).

Epidemiologic studies suggest that the risk of hyperglycemia and diabetes is increased in patients taking Clozaril, Risperdal, Zyprexa and Seroquel, although the relationship isn't completely understood. In some cases, the hyperglycemia was extreme and associated with ketoacidosis or hyperosmolar coma or death. Geodon and Abilify weren't marketed at the time the study was conducted.

For some patients, the hyperglycemia resolved when the drug was discontinued, but others required continuing treatment for their diabetes even after they stopped taking the drug.

The warning recommends that patients with diabetes who are started on atypical antipsychotics be monitored regularly for worsening of glucose control.

Patients starting on these drugs who have diabetes risk factors, such as obesity or a family history of diabetes, should have fasting blood glucose testing at the start of treatment and periodically thereafter.

And all patients treated with atypical antipsychotics should be monitored for symptoms of hyperglycemia, such as excessive thirst, excessive appetite, frequent urination, or weakness. If they develop symptoms of hyperglycemia while on these drugs, they should have a fasting blood glucose test.

**Additional Information:**

FDA MedWatch Safety Alert - Geodon (ziprasidone)
http://www.fda.gov/Safety/MedWatch/SafetyInformation/SafetyAlertsforHumanMedicalProducts/ucm154977.htm



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

Food and Drug Administration
Rockville, MD  20857

NDA 20-825 / S-012
NDA 20-919 / S-003

Pfizer, Inc.
Attention:  John Tomaszewski
235 East 42nd Street (MS 150/7/13)
New York, NY 10017

Dear Mr. Tomaszewski:

Please refer to your supplemental new drug applications dated July 23, 2004, received July 26, 2004, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Geodon (ziprasidone HCl) Capsules and Geodon (ziprasidone mesylate) Injection.

These "Changes Being Effected" supplemental new drug applications were submitted in response to the Division's letter of September 11, 2003, and provide for the addition of the following new subsection of labeling under WARNINGS:

**Hyperglycemia and Diabetes Mellitus**
Hyperglycemia, in some cases extreme and associated with ketoacidosis or hyperosmolar coma or death, has been reported in patients treated with atypical antipsychotics. There have been few reports of hyperglycemia or diabetes in patients treated with GEODON. Although fewer patients have been treated with GEODON, it is not known if this more limited experience is the sole reason for the paucity of such reports. Assessment of the relationship between atypical antipsychotic use and glucose abnormalities is complicated by the possibility of an increased background risk of diabetes mellitus in patients with schizophrenia and the increasing incidence of diabetes mellitus in the general population. Given these confounders, the relationship between atypical antipsychotic use and hyperglycemia-related adverse events is not completely understood. However, epidemiological studies, which did not include GEODON, suggest an increased risk of treatment-emergent hyperglycemia-related adverse events in patients treated with the atypical antipsychotics included in these studies. Because GEODON was not marketed at the time these studies were performed, it is not known if GEODON is associated with this increased risk. Precise risk estimates for hyperglycemia-related adverse events in patients treated with atypical antipsychotics are not available.

Patients with an established diagnosis of diabetes mellitus who are started on atypical antipsychotics should be monitored regularly for worsening of glucose control. Patients with risk factors for diabetes mellitus (e.g., obesity, family history of diabetes) who are starting treatment with atypical antipsychotics should undergo fasting blood glucose testing at the beginning of treatment and periodically during treatment.  Any

NDA 20-825 / S-012
NDA 20-919 / S-003
Page 2

patient treated with atypical antipsychotics should be monitored for symptoms of hyperglycemia including polydipsia, polyuria, polyphagia, and weakness. Patients who develop symptoms of hyperglycemia during treatment with atypical antipsychotics should undergo fasting blood glucose testing. In some cases, hyperglycemia has resolved when the atypical antipsychotic was discontinued; however, some patients required continuation of antidiabetic treatment despite discontinuation of the suspect drug.

We have completed our review of these applications and they are approved, effective on the date of this letter, for use as recommended in the agreed-upon labeling text.

The final printed labeling (FPL) must be identical to the submitted labeling (package insert submitted July 23, 2004).

Please submit the FPL electronically according to the guidance for industry titled Providing Regulatory **Submissions in Electronic Format – NDA**. Alternatively, you may submit 20 paper copies of the FPL as soon as it is available, in no case more than 30 days after it is printed. Please individually mount 15 of the copies on heavy-weight paper or similar material. For administrative purposes, these submissions should be designated "FPL for approved supplements NDA 20-825 / S-012 and NDA 20-919 / S-003." Approval of these submissions by FDA is not required before the labeling is used.

We acknowledge receipt on July 26, 2004 of your draft **"Dear Health Care Professional" letter. We** will provide comment on the content of the letter in a separate communication. Once agreement on the content of the letter is reached, we request that you submit a copy of the letter to these NDAs and a copy to the following address:

> MEDWATCH, HFD-410
> FDA
> 5600 Fishers Lane
> Rockville, MD 20857

We remind you that you must comply with reporting requirements for an approved NDA (21 CFR 314.80 and 314.81).

If you have any questions, call Steven D. Hardeman, R.Ph., Senior Regulatory Project Manager, at (301) 594-5525.

> Sincerely,
>
> {See appended electronic signature page}
>
> Russell Katz, M.D.
> Director
> Division of Neuropharmacological Drug Products
> Office of Drug Evaluation I
> Center for Drug Evaluation and Research

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

```
/s/
----------------------
Russell Katz
8/13/04 02:42:06 PM
```

November 24, 2010


Darrel J. Hieber
Skadden, ARPS, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Case 10-CB-2380 JAH

Ted Eugene Layton vs  Pfizer Inc

I received notice of transfer to Federal Court.  I request that the hearing and/or trial be at the
Federal Courthouse in El Centro, CA. 92243.

I am willing to amend my claim from $100,000 to $75,000 if you are willing to remand the case
to CA Superior Court Imperial County.

I only started with $100,000 to get your Client's attention since their Legal Dept was not being
cooperative in making me an offer to reimburse me for my wife's medical and burial expense.
Any pharmacy has information that Geodon can cause hyperglycemia and diabetes.  I was
unaware of that information since neither are listed as side effects and buried in the precaution
section.

I am willing to further reduce my claim to $50,000 if your Client is willing to waive a jury trial
and have the case heard by a Judge in Superior Court El Centro Division on the originally
scheduled hearing date of April 5, 2011 at 8:30 AM.

Furthermore I am willing to amend my complaint to limited liability of $25,000 if your Client is
willing to make restitution without court proceedings and admit partial liability.
In additional to $25,000 settlement I request that Pfizer amend their Geodon information
brochure at pharmacies to list hyperglycemia and diabetes as possible side effects that can cause
diabetic coma and death.  I want other Geodon users to be fully aware of the risks which I was
not.

I believe my requests are reasonable.  Please respond to:

Ted Layton
616 Maple Avenue
Holtville, CA. 92250

Or call (760) 356-2725; 425-0755; 353-7000 x 8 or FAX 353-6956.

I am looking forward to resolving this quickly, fairly and at the lowest legal cost to both parties.

Thanks for considering the above information.  I await your response.  I do not want to have to
seek legal counsel and have a prolonged court battle.

**JS 44** (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Ted Eugene Layton

**DEFENDANTS**
Pfizer Inc

**(b)** County of Residence of First Listed Plaintiff   Imperial
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   New York and Delaware
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
N/A

Attorneys (If Known)
Darrel J. Hieber, Skadden, Arps, Slate, Meagher & Flom LLP, 300 S. Grand Ave., Los Angeles, CA 90071, (213) 687-5000

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☒ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding   ☒ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332, 1441, 1446

Brief description of cause:
Plaintiff alleges wrongful death of wife

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 100,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE                    DOCKET NUMBER

DATE  11/18/2010

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

P F I Z E R   I N C

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

TED  EUGENE  LAYTON



*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

# FILED

OCT 0 7 2010

SUPERIOR COURT
COUNTY OF IMPERIAL
KRISTINE K. KUSHMAN, CLERK
BY _____ DEPUTY
JESSICA D. GIPSON

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO!* Lo han demandado.  Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

| The name and address of the court is: | CASE NUMBER: |
|---|---|
| *(El nombre y dirección de la corte es):* | *(Número del Caso):* |
| CALIFORNIA  SUPERIOR  COURT  939 W MAIN STREET  EL CENTRO CA 92243 | ECU06056 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

TED LAYTON 616 MAPLE AVE HOLTVILLE CA 92250
(760) 356 - 2725  (760) 425 -0755

| DATE: | 10/7/2010 | Kristine Kushman | Clerk, by | _____ | , Deputy |
|---|---|---|---|---|---|
| *(Fecha)* | | | *(Secretario)* | JESSICA D. GIPSON | *(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):*  PFIZER INC

   under: ☒ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use | SUMMONS | Code of Civil Procedure §§ 412.20, 465 |
|---|---|---|
| Judicial Council of California | | www.courtinfo.ca.gov |
| SUM-100 [Rev. July 1, 2009] | | |

| SUPERIOR COURT OF STATE OF CALIFORNIA<br>COUNTY OF IMPERIAL | ENDORSED<br>OCT 07 2010<br>SUPERIOR COURT<br>COUNTY OF IMPERIAL<br>KRISTINE S. KUSSMAN, CLERK<br>BY JESSICA GIPSON<br>DEPUTY |
|---|---|
| TED EUGENE LAYTON,<br>              Plaintiff,<br><br>VS.<br><br>PFIZER, INC.,<br>              Defendant. | |
| **NOTICE OF CASE MANAGEMENT CONFERENCE** | **CASE NO. ECU06056** |

1.  NOTICE is given that a CASE MANAGEMENT CONFERENCE has been scheduled as follows:

| Date: April 5, 2011 | Time: 8:30 a.m. | Dept.: 7 |
|---|---|---|

Address of court:  Imperial County Courthouse, 939 West Main Street, El Centro, CA 92243

2.  You must file and serve a completed Case Management Conference Statement at least fifteen (15) days before the case management conference.

3.  You must be familiar with the case and be fully prepared to participate effectively in the case management conference.

4.  At the case management conference the court may make pretrial orders, including the following:

    a)  An order establishing a discovery schedule.

    b)  An order referring the case to arbitration.

    c)  An order dismissing fictitious defendants.

    d)  An order scheduling exchange of expert witness information.

    e)  An order setting subsequent conferences and the trial date.

    f)  Other orders to achieve the goals of the Trial Court Delay Reduction Act (Gov. Code § 68600 et seq.).

5.  Parties wishing to appear by telephone must comply with CRC 3.670 and Local Rule 3.8.6.

6.  DATED: Oct. 7, 2010                     Kristine Kussman, Clerk

                                     by Jessica D. Gipson, Deputy

---

## -- SANCTIONS --

**If you do not file the Case Management Conference Statement required by CRC 3.725, or attend the case management conference or participate effectively in the conference, the Court may impose sanctions (including dismissal of the case, striking of the answer, and payment of money).**

---

NOTICE OF CASE MANAGEMENT CONFERENCE

CRC 3.725 and Imperial County Local Rule 3.1.2<br>Government Code §68600 et seq.<br><br>ICSC  C-114 01/09

Rite Aid provides flu shots

11/08

JO JOHNSON, SHARON .

03651 0566562
NEW RX
PATIENT PAYS: $0.00
DOB 05/08/xxxx



INTRODUCING THE FREE

# wellness+
REWARDS CARD



- **earn up to 20% off** for buying products and filling prescriptions*
- **10% off Rite Aid Brand products every day***
- **free health screenings for members***
- **exclusive members-only savings**
- **24/7 toll-free access to pharmacist**

**Enroll free today** in store or at riteaid.com/wellness.



*Certain limitations apply. See your pharmacist for details.

11/08

JO JOHNSON, SHARON .

---



## GET YOUR
# FLU SHOT
### AT THIS LOCATION.

The Centers for Disease Control and Prevention has recommended that everyone over 6 months of age be immunized against the flu in 2010.* This year's vaccine will protect against both seasonal flu and H1N1. Demand for flu shots will be high.

**ASK OUR PHARMACY TEAM ABOUT FLU SHOTS.**

**For more information or to find stores near you that provide flu shots, visit riteaid.com/flu or call toll-free 1-866-751-1494.**

*Available in most stores. Based on vaccine availability. Restrictions apply in some states. See pharmacist for details.

---

Please read the important information below. The following content has been pulled from a press release on 6/23/10.

## "WHOOPING COUGH EPIDEMIC MAY BE WORST IN 50 YEARS "

As of June 15, 2010, California had recorded 910 cases of pertussis, a four-fold increase from the same period last year when 219 cases were recorded. Five infants — all under three months of age — have died from the disease this year. In addition, 600 more possible cases of pertussis are being investigated by local health departments. Pertussis is cyclical. Cases tend to peak every two to five years. In 2005, California recorded 3,182 cases and eight deaths.

Pertussis is a highly contagious disease. Unimmunized or incompletely immunized young infants are particularly vulnerable.

The California Department of Public Health (CDPH) urges Californians to get vaccinated for the whooping cough.

The pertussis vaccine, also known as the Tdap or booster shot, is recommended for children beginning at two months of age, pregnant women, and those who may have contact with infants such as family members, healthcare workers, and childcare workers.

For the full article, please visit
**http://www.cdph.ca.gov/Pages/NR10-041.aspx**

**Ask your doctor or pharmacist about receiving the Tdap vaccination.**

**The Tdap vaccination is available at this Rite Aid pharmacy.**



## Questions? Ask your Rite Aid Pharmacist.

**RITE AID**
PHARMACY

**MEDICATION**
GEODON 60 MG CAPSULE

**DIRECTION**
TAKE 1 CAPSULE BY MOUTH TWICE A DAY

**IMPORTANT**
HOW TO USE THIS INFORMATION: THIS IS A SUMMARY AND DOES NOT HAVE ALL POSSIBLE INFORMATION ABOUT THIS PRODUCT. THIS INFORMATION DOES NOT ASSURE THAT THIS PRODUCT IS SAFE, EFFECTIVE, OR APPROPRIATE FOR YOU.
THIS INFORMATION IS NOT INDIVIDUAL MEDICAL ADVICE AND DOES NOT SUBSTITUTE FOR THE ADVICE OF YOUR HEALTH CARE PROFESSIONAL.
ALWAYS ASK YOUR HEALTH CARE PROFESSIONAL FOR COMPLETE INFORMATION ABOUT THIS PRODUCT AND YOUR SPECIFIC HEALTH NEEDS.
ZIPRASIDONE – ORAL (zih–PRASS–ih–doan)

**COMMON BRAND NAME(S)**
Geodon

**WARNING** + No diabetes or hyperglycemia
There are a be a slightly increased risk of serious, possibly fatal side effects (such as stroke, heart failure) when this medication is used in elderly patients with dementia. Discuss the risks and benefits of this medication, as well as other effective and possibly safer treatments for dementia–related behavior problems, with your doctor. If you are using ziprasidone in combination with other medication to treat depression, also carefully read the drug information for the other medication.

**USES**
This medication is used to treat certain mental/mood disorders (schizophrenia or manic/mixed episodes associated with bipolar disorder). It may be used after other medications have not been effective. Ziprasidone is a psychiatric medication (anti–psychotic type) that works by helping to restore the balance of certain natural substances (neurotransmitters) in the brain. This medication can make you feel less nervous and improve your concentration. It helps you to think more clearly and take a more active part in everyday life.

**OTHER USES**
This section contains uses of this drug that are not listed in the approved professional labeling for the drug but that may be prescribed by your health care professional. Use this drug for a condition that is listed in this section only if it has been so prescribed by your health care professional. This drug has also been used in combination with other medication to treat depression.

**HOW TO USE**
Read the Patient Information Leaflet available from your pharmacist. Consult your doctor or pharmacist if you have any questions. Take this medication by mouth, usually twice daily or as directed by your doctor. Swallow the capsules whole with food. Your doctor may start you at a low dose and gradually increase your dose in order to lessen side effects such as drowsiness. Follow your doctor's instructions carefully. Your dosage is based on your medical condition and response to therapy. Do

not stop taking ziprasidone without consulting your doctor even if you start to feel better. Some conditions may worsen if the medication is suddenly stopped. Use this medication regularly in order to get the most benefit from it. To help you remember, use it at the same time(s) each day. It may take several weeks before you get the full benefit of this medication. Inform your doctor if your condition persists or worsens.

**SIDE EFFECTS**
Dizziness, drowsiness, weakness, nausea, vomiting, runny nose, and cough may occur. If any of these effects persist or worsen, notify your doctor or pharmacist promptly. Remember that your doctor has prescribed this medication because he or she has judged that the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects. Tell your doctor immediately if any of these unlikely but serious side effects occur: severe/persistent dizziness, mental/mood changes (e.g., agitation, anxiety, depression, suicidal thoughts), feelings of restlessness, mask–like facial expression (pseudoparkinsonism), shakiness (tremors), muscle spasm/stiffness, numbness/tingling, trouble swallowing, vision problems, difficulty walking, signs of infection (such as fever, persistent sore throat). Seek immediate medical attention if any of these rare but very serious side effects occur: chest pain, fainting, jaw/left arm pain, slow/fast/irregular heartbeat, seizures. This drug may rarely cause a condition known as tardive dyskinesia. In some cases, this condition may be permanent. Tell your doctor immediately if you develop any unusual uncontrolled movements (especially of the face, mouth, tongue, arms or legs). This medication may rarely cause a very serious condition called serotonin syndrome. The risk may increase when this medication is used with certain other drugs such as "triptans" used to treat migraine headaches (e.g., sumatriptan, eletriptan), certain antidepressants including SSRIs (e.g., citalopram, paroxetine) and SNRIs (e.g., duloxetine, venlafaxine), lithium, tramadol, tryptophan, or a certain drug to treat obesity (sibutramine). Before taking this drug, tell your doctor if you take any of these medications. Seek immediate medical attention if you develop some of the following symptoms: hallucinations, unusual restlessness, loss of coordination, fast heartbeat, severe dizziness, unexplained fever, severe nausea/vomiting/diarrhea, twitchy muscles. Medications used for a similar purpose to ziprasidone may infrequently cause a serious (rarely fatal) nervous system disorder called neuroleptic malignant syndrome (NMS). Seek immediate medical attention if you notice any of the following rare but very serious side effects: confusion, fever, fast heartbeat, muscle stiffness, increased sweating. In rare instances, this medication may increase your level of a certain chemical made by the body (prolactin). For females, this increase in prolactin may result in unwanted breast milk, missing/stopped periods, or difficulty becoming pregnant. For males, it may result in decreased sexual ability, inability to produce sperm, or enlarged breasts. If you develop these symptoms, tell your doctor immediately. For males, in the very unlikely event you have a painful or prolonged erection lasting 4 or more hours, stop using this drug and seek immediate medical attention, or permanent problems could occur. A very serious allergic reaction to this drug is unlikely, but seek immediate medical attention if it occurs. Symptoms of a serious allergic reaction may include: rash, itching/swelling (especially of the face/tongue/throat), severe dizziness, trouble breathing. This is not a complete list of possible side effects. If you notice other effects not listed above, contact your doctor or pharmacist. In the US – Call your doctor for medical advice about side effects. You may report side effects to FDA at 1–800–FDA–1088. In Canada – Call your doctor for medical advice about side effects. You may report side effects to Health Canada at 1–866–234–2345.

**PRECAUTIONS**
Before taking ziprasidone, tell your doctor or pharmacist if you are allergic to it; or if you have any other allergies. This product may contain inactive ingredients, which can cause allergic reactions or other problems. Talk to your pharmacist for more details. This medication should not be used if you have certain medical conditions. Before using this medicine,

RITE AID–6405 EL CAJON
6405 EL CAJON BOULEVARD
SAN DIEGO, CA 92115

(619) 286–3470
Store DEA: BI6193647
RPH: CMS

**Rx 05651 0566562**          Date Filled: 11/08/2010

**JOHNSON, SHARON**
Date of Birth:  05/08/xxxx          (619) 488–2348
4563 54TH ST
SAN DIEGO, CA 92115

**GEODON 60 MG CAPSULE**          DAW: 0
NDC: 00049–3980–60     QTY: 60          DAYS SUPPLY: 30

**SUSAN KOWER MD**
1700 PACIFIC HIGHWAY
SAN DIEGO, CA 92110

**REFILL 1 TIMES UNTIL 11/04/2011**

PRESCRIPTION SOLUTIONS MEDICARE PART D <BIN
GRP: PDPIND          CLM REF #: 10312516372062999

U&C :          $672.99

PAY :          $0.00

**MEDICATION WARNINGS**

READ THE FDA BLACK BOX WARNING
INFORMATION FOR THIS MEDICATION

MAY CAUSE DROWSINESS. ALCOHOL MAY INTENSIFY THIS EFFECT. USE CARE WHEN OPERATING A CAR OR DANGEROUS MACHINES.

MAY CAUSE DIZZINESS

WARNING: BREASTFEEDING IS NOT RECOMMENDED WHILE USING THIS DRUG. CONSULT YOUR DOCTOR OR PHARMACIST.

IF YOU ARE PREGNANT OR CONSIDERING BECOMING PREGNANT YOU SHOULD DISCUSS THE USE OF THIS DRUG WITH YOUR DOCTOR OR PHARMACIST.

TAKE WITH FOOD.

## Rite ADVICE

You can refill your prescription when it's convenient for you. Refills by Phone. Call the number on your prescription bottle and follow the automated instructions. Internet Refills. Order online at www.RiteAid.com. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

PAGE 1 OF 3

ORDER NO. 461483





INTRODUCING THE FREE

# wellness+

REWARDS CARD





- earn up to 20% off for buying
  products and filling prescriptions*

- 10% off Rite Aid Brand products
  every day*

- free health screenings for members*

- exclusive members-only savings

- 24/7 toll-free access to pharmacist

**Enroll free today** in store or at
riteaid.com/wellness.



## Questions? Ask your Rite Aid Pharmacist.

**RITE AID**

consult your doctor or pharmacist if you have: certain heart problems (e.g., recent heart attack, untreated heart failure). Before using this medication, tell your doctor or pharmacist your medical history, especially of: Alzheimer's disease, heart problems (e.g., coronary artery disease, irregular heartbeat, low blood pressure), severe dizziness/fainting, diabetes (including family history), liver disease, nervous system problems (e.g., stroke, seizures, NMS), obesity, swallowing problems, aspiration pneumonia, low white blood cell count. Ziprasidone may cause a condition that affects the heart rhythm (QT prolongation). QT prolongation can infrequently result in serious (rarely fatal) fast/irregular heartbeat and other symptoms (such as severe dizziness, fainting) that require immediate medical attention. The risk of QT prolongation may be increased if you have certain medical conditions or are taking other drugs that may affect the heart rhythm (see also Drug Interactions section). Before using ziprasidone, tell your doctor or pharmacist if you have any of the following conditions: certain heart problems (heart failure, slow heartbeat, QT prolongation in the EKG, family history of certain heart problems (QT prolongation in the EKG, sudden cardiac death). Low levels of potassium or magnesium in the blood may also increase your risk of QT prolongation. This risk may increase if you use certain drugs (such as diuretics/"water pills") or if you have conditions such as severe sweating, diarrhea, or vomiting. Talk to your doctor about using ziprasidone safely. This drug may make you dizzy or drowsy. Do not drive, use machinery, or do any activity that requires alertness until you are sure you can perform such activities safely. Limit alcoholic beverages. To minimize dizziness and lightheadedness, get up slowly when rising from a seated or lying position. Before having surgery, tell your doctor or dentist that you are taking this medication. This drug may infrequently make your blood sugar level rise, causing or worsening diabetes. This high blood sugar can rarely cause serious conditions such as diabetic coma. Tell your doctor immediately if you develop symptoms of high blood sugar, such as increased thirst or urination. If you already have diabetes, be sure to check your blood sugar regularly. This drug may rarely cause weight gain and a rise in your blood cholesterol (or triglyceride) levels. These effects, (especially if you have diabetes), may increase your risk for developing heart disease. Discuss the risks and benefits of treatment with your doctor. This medication can make you prone to heat stroke. Avoid activities that might cause you to overheat (e.g., doing strenuous work, exercising in hot weather, or using a hot tub). Caution is advised when using this drug in the elderly because they may be more sensitive to its side effects, especially involuntary movements and dizziness. This medication should be used only when clearly needed during pregnancy. Discuss the risks and benefits with your doctor. It is not known whether this drug passes into breast milk. Breast-feeding while using this drug is not recommended. Consult your doctor before breast-feeding.

**DRUG INTERACTIONS**
Your healthcare professionals (e.g., doctor or pharmacist) may already be aware of any possible drug interactions and may be monitoring you for it. Do not start, stop or change the dosage of any medicine before checking with them first. This drug should not be used with the following medication because very serious interactions may occur: sibutramine. If you are currently using the medication listed above, tell your doctor or pharmacist before starting ziprasidone. Many drugs besides ziprasidone may affect the heart rhythm (QT prolongation), including amiodarone, dofetilide, pimozide, procainamide, quinidine, sotalol, macrolide antibiotics

(such as erythromycin), among others. Therefore, before using ziprasidone, report all medications you are currently using to your doctor or pharmacist. Before using this medication, tell your doctor or pharmacist of all prescription and nonprescription/herbal products you may use, especially of: antimuscarinics (e.g., scopolamine), drugs for high blood pressure (e.g., beta blockers, calcium channel blockers), dopamine agonists (e.g., amantadine, bromocriptine), levodopa, drugs affecting liver enzymes that remove ziprasidone from your body (such as azole antifungals including ketoconazole, macrolide antibiotics including erythromycin, rifamycins including rifampin, St. John's wort, certain anti-seizure medications such as carbamazepine). Also report the use of drugs which might increase seizure risk (decrease seizure threshold) when combined with ziprasidone such as bupropion, isoniazid (INH), phenothiazines (e.g., chlorpromazine), theophylline, or tricyclic antidepressants (e.g., amoxapine) among others. Consult your doctor or pharmacist for details. Tell your doctor or pharmacist if you also take drugs that cause drowsiness such as: certain antihistamines (e.g., diphenhydramine), anti-seizure drugs (e.g., phenytoin), medicine for sleep or anxiety (e.g., alprazolam, diazepam, zolpidem), muscle relaxants, narcotic pain relievers (e.g., codeine), psychiatric medicines (e.g., risperidone, amitriptyline, trazodone). Check the labels on all your medicines (e.g., cough–and–cold products) because they may contain drowsiness–causing ingredients. Ask your pharmacist about the safe use of those products. This document does not contain all possible interactions. Therefore, before using this product, tell your doctor or pharmacist of all the products you use. Keep a list of all your medications with you, and share the list with your doctor and pharmacist.

**OVERDOSE**
If overdose is suspected, contact your local poison control center or emergency room immediately. US residents can call the US national poison hotline at 1–800–222–1222. Canadian residents should call their local poison control center directly. Symptoms of overdose may include: slurred speech, fast/pounding heartbeat with headache, uncontrolled movements (tremor).

**NOTES**
Do not share this medication with others. Keep all medical appointments so your doctor can monitor your progress closely and adjust or change your medication if needed. Laboratory and/or medical tests (e.g., blood mineral levels, blood sugar, electrocardiograms) should be performed periodically to monitor your progress or check for side effects. Consult your doctor for more details.

**MISSED DOSE**
If you miss a dose, take it as soon as you remember. If it is near the time of the next dose, skip the missed dose and resume your usual dosing schedule. Do not double the dose to catch up.

**STORAGE**
Store at room temperature between 59–86 degrees F (15–30 degrees C) away from light and moisture. Do not store in the bathroom. Keep all medicines away from children and pets. Do not flush medications down the toilet or pour them into a drain unless instructed to do so. Properly discard this product when it is expired or no longer needed. Consult your pharmacist or local waste disposal company for more details about how to safely discard your product. Information last revised May 2010 Copyright(c) 2010 First DataBank, Inc.

The information in this leaflet may be used as an educational aid. This information does not cover all possible uses, actions, precautions, side effects, or interactions of this medicine. This information is not intended as medical advice for individual problems.

Copyright First Databank – The Hearst Corporation

RITE AID–6405 EL CAJON
6405 EL CAJON BOULEVARD
SAN DIEGO CA 92115
(619) 286–3470
Store DEA: B16193647
RPH: NT4

**Rx 05651 0557366**   Date Filled: 08/13/2010

**JOHNSON, SHARON**
Date of Birth: 05/08/xxxx   (619) 488–2348
4563 54TH ST
SAN DIEGO, CA 92115

**GEODON 80 MG CAPSULE**   DAW: 0
NDC: 00049–3990–60   QTY: 60   DAYS SUPPLY: 30

**SUSAN  KOWER MD**
1250 MORENA BLVD
SAN DIEGO, CA 92110

**NO REFILLS LEFT**

PRESCRIPTION SOLUTIONS MEDICARE PART D <BIN
GRP: PDPIND   CLM REF #: 102255808653113999

U&C :   $672.99

PAY :   $0.00

**MEDICATION WARNINGS**

You can refill your prescription when it's convenient for you. **Refills by Phone.** Call the number on your prescription bottle and follow the automated prompts. **Internet Refills.** Order online at www.RiteAid.com

**Rite ADVICE**

ORDER NO. 461483